B1 (Official Form 1) (1/08)

# United States Bankruptcy Court
## Southern District of California

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Mammoth Carlsbad I, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 7298; EIN: 20-3007298 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>2888 Loker Avenue East<br>Carlsbad, CA<br>ZIPCODE 92010 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>29222 Rancho Viejo Road #203<br>San Juan Capistrano, CA<br>ZIPCODE 92675 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other __Real Estate__

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

**Check all applicable boxes**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
[✓] 1-49  [ ] 50-99  [ ] 100-199  [ ] 200-999  [ ] 1000-5000  [ ] 5,001-10,000  [ ] 10,001-25,000  [ ] 25,001-50,000  [ ] 50,001-100,000  [ ] Over 100,000

**Estimated Assets**
[ ] $0 to $50,000  [ ] $50,001 to $100,000  [ ] $100,001 to $500,000  [ ] $500,001 to $1 million  [ ] $1,000,001 to $10 million  [✓] $10,000,001 to $50 million  [ ] $50,000,001 to $100 million  [ ] $100,000,001 to $500 million  [ ] $500,000,001 to $1 billion  [ ] More than $1 billion

**Estimated Liabilities**
[ ] $0 to $50,000  [ ] $50,001 to $100,000  [ ] $100,001 to $500,000  [ ] $500,001 to $1 million  [ ] $1,000,001 to $10 million  [✓] $10,000,001 to $50 million  [ ] $50,000,001 to $100 million  [ ] $100,000,001 to $500 million  [ ] $500,000,001 to $1 billion  [ ] More than $1 billion

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 33606

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Mammoth Carlsbad I, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32606

| B1 (Official Form 1) (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Mammoth Carlsbad I, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____/s/_____
Signature of Attorney for Debtor(s)

THOMAS CORCOVELOS 70453
Printed Name of Attorney for Debtor(s)

Corcovelos Law Group
Firm Name

1001 Sixth Street, Suite 150
Address

Manhattan Beach, CA 90266

310-374-0116
Telephone Number

9/18/09
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____/s/_____
Signature of Authorized Individual

ROBERT L. WISH
Printed Name of Authorized Individual

CEO of Managing Member Mammoth Equities LLC
Title of Authorized Individual

9/18/09
Date

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re   Mammoth Carlsbad I, LLC                        ,
                    Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| J&S Power Cleaning Services<br>376 Trousdale Drive<br>Chula Vista, CA 91910 | | | | 215.00 |
| At&T<br>Payment Center<br>Sacramento, CA 95887 | | | | 327.09 |
| Spectrum Property Management<br>8799 Balboa Avenue, Ste 260<br>San Diego, CA 92123 | | | | 332.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Waste Management 2141 Oceanside Blvd Oceanside, CA 92064 | | | | 376.67 |
| Servi-Tek Janitorial Services 10855 Sorrento Valley Rd., #200 San Diego, CA 92121 | | | | 395.66 |
| Aqua Tech Pool Care 233 Delphinium Street Encinitas, CA 92024 | | | | 450.00 |
| AAA Property Services 10319 Norris Avenue Pacoima, CA 91331 | | | | 501.00 |
| City of Carlsbad P. O. Box 9009 Carlsbad, CA 92018 | | | | 570.20 |
| Rancho Santa Fe Protective Services 1991 Village Park Way, #100 Encinitas, CA 92024 | | | | 630.00 |
| City of Carlsbad P. O. Box 9009 Carlsbad, CA 92018 | | | | 704.66 |
| Heaviland Enterprises, Inc. 2180 La Mirada Drive Vista, CA 92081 | | | | 860.00 |
| Heaviland Enterprises, Inc. 2180 La Mirada Drive Vista, CA 92081 | | | | 860.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740 - 32606

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BCI, Inc./Phoenix Issa 19800 MacArthur Blvd #650 Irvine, CA 92612 | | | | 1,486.00 |
| ThyssenKrupp Elevator Corp P. O. Box 933013 Atlanta, GA 31193 | | | | 1,500.00 |
| Big Mike Electric 10432 Vic Place Garden Grove, CA 92840 | | | | 1,875.00 |
| Heaviland Enterprises, Inc. 2180 La Mirada Drive Vista, CA 92081 | | | | 2,975.55 |
| Rotsheck Construction 233 2nd Street Encinitas, CA 92024 | | | | 3,400.00 |
| Ontario Refrigeration 635 S. Mountain Avenue Ontario, CA 91762 | | | | 3,711.00 |
| Mammoth Equities Construction Group, Inc ? | | | | 50,810.99 |
| San Diego County Treasurer P.O. Box 129009 San Diego, CA 92112 | | | | 162,768.67 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date        9/18/09

Signature  _____
ROBERT L. WISH,
CEO of Managing Member Mammoth Equities LLC

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re   Mammoth Carlsbad I, LLC ,
                Debtor

Case No. _____

Chapter   11

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 3 pages, is true, correct and complete to the best of my knowledge.

Date   9/18/09         Signature   _____
                                   ROBERT L. WISH,
                                   CEO of Managing Member Mammoth Equities LLC

Thomas Corcovelos
Corcovelos Law Group
1001 Sixth Street,
Suite 150
Manhattan Beach, CA 90266
310-374-0116
310-318-3832

A1 Lock & Safe
6020-B Paseo Del Norte
Carlsbad, CA 92011

A1 Services
,

AAA Property Services
10319 Norris Avenue
Pacoima, CA 91331

AAA Property Services
10319 Norris Avenue
Pacoima, CA 91331

AAA Property Services
10319 Norris Avenue
Pacoima, CA 91331

AAA Property Services
10319 Norris Avenue
Pacoima, CA 91331

AAA Property Services
10319 Norris Avenue
Pacoima, CA 91331

Aqua Tech Pool Care
233 Delphinium Street
Encinitas, CA 92024

AT&T
Payment Center
Sacramento, CA 95887

At&T
Payment Center
Sacramento, CA 95887

At&T
Payment Center
Sacramento, CA 95887

BCI, Inc./Phoenix Issa
19800 MacArthur Blvd #650
Irvine, CA 92612


Big Mike Electric
10432 Vic Place
Garden Grove, CA 92840


City of Carlsbad
P. O. Box 9009
Carlsbad, CA 92018


City of Carlsbad
P. O. Box 9009
Carlsbad, CA 92018


Heaviland Enterprises, Inc.
2180 La Mirada Drive
Vista, CA 92081


Heaviland Enterprises, Inc.
2180 La Mirada Drive
Vista, CA 92081


Heaviland Enterprises, Inc.
2180 La Mirada Drive
Vista, CA 92081


Heaviland Enterprises, Inc.
2180 La mirada Drive
Vista, CA 92081


J&S Power Cleaning Services
376 Trousdale Drive
Chula Vista, CA 91910


Mammoth Equities Construction Group, Inc
?


Ontario Refrigeration
635 S. Mountain Avenue
Ontario, CA 91762

Pechanga Development Corporation
45000 Pechanga Pkwy, Bldg F
Temecula, CA 92692


R & D Pest Services, Inc.
11956 Bernardo Plaza Dr #523
San Diego, CA 92128


Rancho Santa Fe Protective Services
1991 Village Park Way, #100
Encinitas, CA 92024


Rotsheck Construction
233 2nd Street
Encinitas, CA 92024


San Diego County Treasurer
P.O. Box 129009
San Diego, CA 92112


Servi-Tek Janitorial Services
10855 Sorrento Valley Rd., #200
San Diego, CA 92121


Spectrum Property Management
8799 Balboa Avenue, Ste 260
San Diego, CA 92123


ThyssenKrupp Elevator Corp
P. O. Box 933013
Atlanta, GA 31193


Wachovia/ Wells Fargo
4 Embarcadero Center
San Francisco, CA 94111


Waste Management
2141 Oceanside Blvd
Oceanside, CA 92064

# UNITED STATES BANKRUPTCY COURT
## Southern District of California

In re  Mammoth Carlsbad I, LLC
                Debtor

Case No. _____

Chapter  11

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 3 pages, is true, correct and complete to the best of my knowledge.

Date  9-18-09            Signature  _____
                                    ROBERT L. WISH,
                                    CEO of Managing Member Mammoth Equities
                                    LLC

Thomas Corcovelos
Corcovelos Law Group
1001 Sixth Street,
Suite 150
Manhattan Beach, CA 90266
310-374-0116
310-318-3832